UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-6156-KK-ASx** | Date: | November 29, 2023 |
| Title: | Sandra Ogilvie v. Bank of America, N.A. et al | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to File First Amended Complaint

      On July 28, 2023, plaintiff Sandra Ogilvie ("Plaintiff") filed a Complaint against defendant Bank of America, N.A. ("Defendant").  ECF Docket No. ("Dkt.") 1.  On September 8, 2023, Defendant filed a Motion to Dismiss.  Dkt. 14.

      On October 24, 2023, the Court granted Defendant's Motion to Dismiss all claims against Defendant with leave to amend.[1]  Dkt. 19.

      Plaintiff was, therefore, ordered to file a First Amended Complaint ("FAC") "no later than **November 13, 2023**."  Id.  However, Plaintiff has failed to file a FAC and is therefore in violation of the Court's October 24, 2023 Order.

      Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See FED. R. CIV. P. 41(b).  Before dismissing this action, the Court will afford Plaintiff an opportunity to explain her failure to file the FAC as directed by the Court's October 24, 2023 Order.

      Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Plaintiff shall

---

[1] To the extent claims would have remained in the Complaint against other defendants, those defendants have been dismissed and/or not been served.

have **up to and including December 8, 2023** to respond to this Order.  Plaintiff may discharge this Order to Show Cause by filing the required FAC **by the deadline.**

  **Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  See FED. R. CIV. P. 41(b).**

  **IT IS SO ORDERED.**